RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Jose Angel Ruiz-Torres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANGEL RUIZ-TORRES, <br><br> Defendant. | Case No. 2:19-cr-145-JCM-NJK <br><br> **STIPULATION TO ADVANCE SENTENCING HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Jose Angel Ruiz-Torres, that the Sentencing Hearing currently scheduled on October 22, 2019 at 10:30 a.m., be vacated and advanced to the Court's earliest available sentencing calendar.

This Stipulation is entered into for the following reasons:

1. The parties do not anticipate making formal objections to the presentencing report.

2. The parties agree to the advancement.

This is the first request for an advance of the sentencing hearing.

DATED: September 19, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL RUIZ-TORRES,<br><br>　　　　　Defendant. | Case No. 2:19-cr-145-JCM-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, October 22, 2019 at 10:30 a.m., be vacated and advanced to  October 8, 2019  at the hour of  10:00   a .m.; or to a time and date convenient to the court.

　　　DATED September 19, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3